USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re ELLIOT HARRY HERSKOWITZ, :
Debtor. :
------------------------------------------------------------------X
ELLIOT HARRY HERSKOWITZ, :
Appellant, :
v. :
MARLENE MAZEL, :
Appellee. :
------------------------------------------------------------------X

1:26-cv-9359-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by December 13, 2026, Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

SO ORDERED.

Dated: November 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge