USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Case No. 26-cv-09359 (GHW)** |
| **ELLIOT HARRY HERSKOWITZ** | **Chapter 11** |
| **Debtor.** | Bankruptcy Case No. 24-11764 (JPM) |

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO THE APPELLATE RECORD**

Upon the Appellant's Unopposed Motion to Accept Documents Under Seal Into the Appellate Record (the "Motion"), and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the record on appeal, as designated by the Appellant, that were filed under seal in the Bankruptcy Court (the "Sealed Material").

3. The District Court will accept the Sealed Material under seal, and the parties shall treat the Sealed Material in accordance with the District Court's usual practices and procedures for sealed materials.

4. Upon entry of this Order, the Appellant shall notify the Bankruptcy Court of this Order, as required by Federal Rule of Bankruptcy Procedure 8009(f)(2), and shall give notice of this Order to counsel for the Appellee.

5. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: November 22, 2026
New York, New York

HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE